1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, Bar # VI766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   JOSE ANTONIO SANTIAGO

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,      ) No. CR-09-0361-WBS
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND [PROPOSED] ORDER
14      v.                        ) TO CONTINUE STATUS CONFERENCE
                                  )
15 JOSE ANTONIO SANTIAGO,         )
                                  ) Date: October 19, 2009
16              Defendant.        ) Time: **8:30 a.m.**
                                  ) Judge: Hon. William B. Shubb
17 _____)

18      IT IS HEREBY STIPULATED between the parties, Michael Anderson,
19 Assistant United States Attorney, and Douglas J. Beevers, Assistant
20 Federal Defender, attorney for defendant Jose Antonio Santiago, that
21 the status conference of September 28, 2009 at 8:30 a.m., be vacated,
22 and the matter be set for status conference on October 19, 2009 at 8:30
23 a.m.
24      The grounds for the continuance is that the parties are still
25 negotiating a possible fast-track disposition, but have not yet
26 received the pre-plea pre-sentence report.  The parties agree a
27 continuance is necessary for this purpose, and agree to exclude time
28 under the Speedy Trial Act accordingly.

1     IT IS STIPULATED that the period from the signing of this Order,
2 up to and including October 19, 2009, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing
5 preparation of counsel.
6 Dated: September 24, 2009

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      */s/ Douglas Beevers*
                                      _____
                                      DOUGLAS BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      BRET LEE HARTMAN

14 Dated: September 24, 2009

                                      LAWRENCE BROWN
                                      Acting United States Attorney

                                      */s/ Michael Anderson*
                                      _____
18                               By:  MICHAEL ANDERSON
                                        Assistant U.S. Attorney

**ORDER**

22     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for September 28,
24 2009, be continued to **October 19, 2009, at 8:30 a.m.**  Based on the
25 representation of defense counsel and good cause appearing therefrom,
26 the Court hereby finds that the failure to grant a continuance in this
27 case would deny defendant reasonable time necessary for effective
28 preparation, taking into account the exercise of due diligence.  The

1  Court finds that the ends of justice to be served by granting a
2  continuance outweigh the best interests of the public and the defendant
3  in a speedy trial.  It is ordered that time from the date of this
4  Order, to and including, the October 19, 2009 status conference shall
5  be excluded from computation of time within which the trial of this
6  matter must be commenced under the Speedy Trial Act pursuant to 18
7  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel
8  time to prepare.

9  Dated:   September 24, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE