```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, Bar # VI766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE ANTONIO SANTIAGO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-0361-WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| JOSE ANTONIO SANTIAGO, | Date: December 7, 2009 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED between the parties, Michael Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant Jose Antonio Santiago, that the status conference of November 16, 2009 at 9:00 a.m., be vacated, and the matter be set for status conference on December 7, 2009 at 8:30 a.m.

The grounds for the continuance is that the parties are still negotiating a possible fast-track disposition, but have not finished verifying details in the pre-plea pre-sentence report. Defense counsel needs time to investigate and to review the offer with the defendant. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the signing of this Order, up to and including December 7, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: November 12, 2009

Respectfully submitted,

OFFICE OF THE FEDERAL DEFENDER
DANIEL BRODERICK

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
BRET LEE HARTMAN

Dated: November 12, 2009       BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael Anderson*
_____
By:   MICHAEL ANDERSON
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 16, 2009, be continued to December 7, 2009, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant

in a speedy trial.  It is ordered that time from the date of this Order, to and including, the December 7, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:   November 13, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE