```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS J. BEEVERS, #VI 766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE SANTIAGO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:09-CR-0361-WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| JOSE SANTIAGO, | ) | Date: January 11, 2010 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

It is hereby stipulated between the parties, Michael Anderson, Assistant United States Attorney, attorney for plaintiff and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant, JOSE SANTIAGO, that the Status Conference hearing date of January 7, 2010 at 8:30 a.m. be vacated and a new Status Conference hearing date of January 11, 2010, at 8:30 a.m. be set.

The grounds for the continuance are that the parties are still negotiating a disposition, but have not finished verifying details in the pre-plea pre-sentence report.  Defense counsel needs time to investigate and to review the offer with the defendant.  The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1     It is further stipulated that the period from January 7, 2009,
2 through and including January 11, 2010, should be excluded pursuant to
3 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 based upon continuity
4 of counsel and defense preparation.

5 Dated: December 28, 2009              Respectfully submitted,

6                                       DANIEL J. BRODERICK
                                        Federal Defender
7
                                        /s/ Douglas J. Beevers
8                                       _____
                                        DOUGLAS J. BEEVERS
9                                       Assistant Federal Defender
                                        Attorney for Defendant
10                                      JOSE SANTIAGO

11
Dated: December 28, 2009                BENJAMIN B. WAGNER
12                                      United States Attorney

13
                                        /s/ Michael Anderson
14                                      _____
                                        MICHAEL ANDERSON
15                                      Assistant U.S. Attorney

16                              **O R D E R**

17     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
18 ordered that the status conference presently set for January 4, 2010 be
19 continued to January 11, 2010, at 8:30 a.m.  Based on the
20 representation of defense counsel and good cause appearing therefrom,
21 the Court hereby finds that the failure to grant a continuance in this
22 case would deny defendant reasonable time necessary for effective
23 preparation, taking into account the exercise of due diligence.  The
24 Court finds that the ends of justice to be served by granting a
25 continuance outweigh the best interests of the public and the defendant
26 in a speedy trial.  It is ordered that time from the date of this
27 Order, to and including the January 11, 2010 status conference, shall
28 be excluded from computation of time within which the trial of this

1  matter must be commenced under the Speedy Trial Act pursuant to 18
2  U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel
3  time to prepare.
4  **IT IS SO ORDERED.**
5  Dated: December 28, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE