DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, Bar # VI766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ANTONIO SANTIAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0361-WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE |
| JOSE ANTONIO SANTIAGO, ) | Date: February 1, 2010 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: William B. Shubb |

   IT IS HEREBY STIPULATED between the parties, Michael Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant Jose Antonio Santiago, that the status conference of January 25, 2010, be vacated, and the matter be set for status conference on February 1, 2010, at 8:30 a.m.

   The reason for this continuance is because defense counsel will not be available as he is presently in trial before this Court in the matter of *United States v. Eldon Ray Cibart*.

/ / /

/ / /

/ / /

1

1       IT IS FURTHER STIPULATED and agreed between the parties that the
2  period from the signing of this Order, up to and including February 1,
3  2010, be excluded in computing the time within which trial must
4  commence under the Speedy Trial Act, pursuant to  18 U.S.C. §
5  3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
6  counsel.

Dated: January 22, 2010              Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                     */s/ Douglas Beevers*
                                     _____
                                     DOUGLAS BEEVERS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JOSE ANTONIO SANTIAGO


Dated: January 22, 2010              BENJAMIN B. WAGNER
                                     United States Attorney


                                     */s/ Michael Anderson*
                                     _____
                                 By: MICHAEL ANDERSON
                                     Assistant U.S. Attorney

2

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 25, 2010, be continued to **Monday, February 1, 2010, at 8:30 a.m.**  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the February 1, 2010, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:   January 22, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3