```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, Bar # VI766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE ANTONIO SANTIAGO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,Plaintiff,v.JOSE ANTONIO SANTIAGO,Defendant. | No. CR-09-0361-WBSSTIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCEDate:  February 16, 2010Time:  8:30 a.m.Judge: William B. Shubb |

　　　IT IS HEREBY STIPULATED between the parties, Michael Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant Jose Antonio Santiago, that the status conference of February 1, 2010, be vacated, and the matter be set for status conference on February 16, 2010, at 8:30 a.m.

　　　The reason for this continuance is because defense counsel was not able to visit Mr. Santiago at the jail due to the ongoing trial before this Court in the matter of *United States v. Elden Ray Cibart*.

/ / /

/ / /

/ / /

1

    IT IS FURTHER STIPULATED and agreed between the parties that the period from the signing of this Order, up to and including February 16, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: January 29, 2010          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JOSE ANTONIO SANTIAGO

Dated: January 29, 2010          BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael Anderson*
_____
By: MICHAEL ANDERSON
Assistant U.S. Attorney

2

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 1, 2010, be continued to **Monday, February 16, 2010, at 8:30 a.m.** Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the February 16, 2010, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: February 2, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE