DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ANTONIO SANTIAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0361-WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE; |
| ) | EXCLUDING TIME |
| JOSE ANTONIO SANTIAGO, ) | |
| ) | |
| Defendant. ) | Date: February 16, 2010 |
| ) | Time: 8:30 a.m. |
| _____ ) | Judge: William B. Shubb |

IT IS HEREBY STIPULATED between the parties, Michael Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant JOSE ANTONIO SANTIGAO, that the status conference of February 16, 2010 be vacated, and the matter be set for status conference on February 22, 2010 at 8:30 a.m.

As defense counsel has recently been involved in trial in the matter of *United States v. Elden Cibart*, a continuance is requested to allow additional time to prepare, to review discovery and discuss options with Mr. Santiago, and to conduct further investigation of his case.

1

1   IT IS FURTHER STIPULATED and agreed between the parties that the
2 period from the signing of this Order, up to and including February 22,
3 2010 be excluded in computing the time within which trial must commence
4 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)
5 and Local Code T4, for ongoing preparation of counsel.
6 Dated: February 12, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        */s/ Douglas Beevers*
                                        _____
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOSE ANTONIO SANTIAGO


Dated: February 12, 2010                BENJAMIN B. WAGNER
                                        United States Attorney


                                        */s/ Michael Anderson*
                                        _____
                                    By: MICHAEL ANDERSON
                                        Assistant U.S. Attorney


**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 16, 2010 be continued to **Monday, February 22, 2010 at 8:30 a.m.** Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a

2

1  continuance outweigh the best interests of the public and the defendant
2  in a speedy trial.  It is ordered that time from the date of this
3  Order, to and including February 22, 2010, shall be excluded from
4  computation of time within which the trial of this matter must be
5  commenced under the Speedy Trial Act pursuant to 18 U.S.C.
6  § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time
7  to prepare.
8  Dated: February 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3